# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL, | Case No. 1:19-cv-00210-DAD-BAM |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS WITHOUT PREJUDICE |
| v. | |
| R.T. MORA, et al., | (Doc. No. 2) |
| Defendants. | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |
| | **THIRTY (30) DAY DEADLINE** |

Plaintiff Georgette G. Purnell ("Plaintiff"), proceeding pro se, filed this action on February 13, 2019. (Doc. No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. No. 2.)

Plaintiff's application to proceed in forma pauperis was not adequately completed. Plaintiff declined to respond regarding self-employment income and did not provide average monthly income amounts for any forms of income other than public assistance. Plaintiff also indicated that she is owed $1,000,000.00 from each of her two former employers but responded "N/A" to questions regarding employment income and "none" to questions regarding all sources of income other than employment, self-employment, and public assistance. Plaintiff additionally did not answer questions regarding her average monthly expenses for home maintenance, food, clothing,

laundry and dry-cleaning, medical and dental expenses, transportation, recreation, homeowner's or renter's insurance, life insurance, health insurance, and motor vehicle insurance. Plaintiff stated in her application that she does not own a home but responded "N/A" regarding her monthly expenses for rent or home mortgage payments. Plaintiff's application states that she expects major changes to her monthly income or expenses or her assets or liabilities during the 12 months but does not provide any further detail. As written, Plaintiff's application is insufficient for the Court to determine if she is entitled to proceed without prepayment of fees in this action.

Plaintiff is reminded that she must disclose any financial support she receives from others as part of her application. All assets and sources of money must be disclosed, including the amounts. Further, the in forma pauperis application must state sufficient information for the Court to determine the ability to pay the costs of litigation.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff must adequately answer the questions presented on the form. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is DENIED, without prejudice;

2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

3. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **February 20, 2019**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE