| | |
|---|---|
| GEORGETTE G. PURNELL, <br><br> Plaintiff, <br><br> v. <br><br> R.T. MORA, et al., <br><br> Defendants. | Case No. 1:19-cv-00210-DAD-BAM <br><br> **ORDER DISREGARDING MARCH 4, 2020 FILING** <br><br> (Doc. No. 11) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Georgette G. Purnell ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed this action against Fresno County Police Officers R.T. Mora, Hodge, N. Cruz, and B. Phelps ("Defendants"), alleging violation of her civil rights under 42 U.S.C. § 1983.  (Doc. Nos. 1, 5-6.) On January 10, 2020, the Court issued a screening order granting Plaintiff leave to file an amended complaint within thirty (30) days.  (Doc. No. 7.)

On February 28, 2020, Plaintiff filed her First Amended Complaint.  (Doc. No. 10.) Plaintiff also filed a document entitled "Notice of Late Receipt of Court Order Granting Plaintiff Leave to File Amended Complaint" on February 28, 2020, explaining that she had received the Court's January 10, 2020 screening order late and filed her amended complaint as soon as she could.  (Doc. No. 11.) On March 4, 2020, Plaintiff again filed a document entitled "Notice of Late Receipt of Court Order Granting Plaintiff Leave to File Amended Complaint," which was docketed as a motion for an extension of time.  (Doc. No. 11.)

The document filed on March 4, 2020, is identical to and duplicative of the document filed on February 28, 2020.  Furthermore, as Plaintiff has filed her First Amended Complaint, an

1

extension of time is unnecessary. Plaintiff's First Amended Complaint will be screened in due course.

Accordingly, the Court HEREBY DISREGARDS Plaintiff's March 4, 2020 "Notice of Late Receipt of Court Order Granting Plaintiff Leave to File Amended Complaint" (Doc. No. 11).

IT IS SO ORDERED.

Dated: **March 10, 2020** /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE