UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R.T. MORA, et al.,<br><br>　　　　　　Defendants. | No. 1:19-cv-00210-DAD-BAM (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS<br><br>(Doc. No. 15) |

　　　　Plaintiff Georgette G. Purnell, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 28 U.S.C. § 1983 on February 13, 2019. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 5, 2021, the assigned magistrate judge screened plaintiff's first amended complaint ("FAC") and found that plaintiff had stated only the following two cognizable claims against defendant Mora: (1) for use of excessive force in violation of the Eighth Amendment of the U.S. Constitution and (2) for use of a racial insult in violation of 42 U.S.C. § 1981. (Doc. No. 15 at 9.) The magistrate judge also found that plaintiff had failed to state any other cognizable claims against defendant Mora or any of the other named defendants in the FAC. (*Id.*) Accordingly, the magistrate judge issued findings and recommendations recommending that this case proceed only on those two cognizable claims against defendant Mora for use of excessive

1  force and for use of a racial insult, and that all other claims brought and defendants named by
2  plaintiff in the FAC be dismissed. (*Id.*) The pending findings and recommendations were served
3  on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)
4  days after service. (*Id*. at 9–10.) To date, no objections have been filed and the time in which to
5  do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 5, 2021 (Doc. No. 15) are adopted in full;
2. This action proceeds only on plaintiff's claims against defendant Mora for use of excessive force in violation of the Eighth Amendment of the U.S. Constitution and for use of a racial insult in violation of 42 U.S.C. § 1981, as asserted in her first amended complaint filed February 28, 2020 (Doc. No. 10);
3. All other claims and all other named defendants are dismissed from this action due to plaintiff's failure to state a claim upon which relief may be granted; and
4. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:  **February 2, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2