UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>          Plaintiff,<br><br>     v.<br><br>R.T. MORA, *et al.*,<br><br>          Defendants. | Case No.  1:19-cv-00210-DAD-BAM<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. Nos. 10, 16)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Georgette G. Purnell ("Plaintiff"), proceeding pro se and in forma pauperis, filed this civil rights action on February 23, 2019. (Doc. No. 1.)

On January 5, 2021, the Court screened Plaintiff's first amended complaint and issued findings and recommendations, recommending that the action proceed on the following cognizable claims: (1) Plaintiff's Fourth Amendment claim against Officer R.T. Mora for use of excessive force in effectuating an arrest and (2) Plaintiff's 42 U.S.C. §1981 claim against Defendant Mora for use of a racial insult. (Doc. No. 15 at 9.) The Court further recommended that all other claims and defendants be dismissed. (*Id.*) The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days of service. (*Id.*) No objections were filed.

On February 2, 2021, the District Judge issued an order adopting the findings and recommendations, directing that this action proceed on Plaintiff's Fourth Amendment claim for

1

1 excessive force in effectuating an arrest and 42 U.S.C. §1981 claim for use of a racial insult
2 against Defendant Mora, dismissing all other claims and defendants.  The matter was referred
3 back to the undersigned for further proceedings consistent with the District Court's order. (Doc.
4 No. 16.)

Pursuant to the District Judge's order adopting the findings and recommendations, this action shall proceed on Plaintiff's Fourth Amendment claim for excessive force in effectuating an arrest and 42 U.S.C. §1981 claim for use of a racial insult against Defendant Mora, and service of the complaint shall be ordered on the Defendant Mora.

Accordingly, the Court HEREBY ORDERS that:

1. Service shall be initiated on the following defendant:

    **Officer R.T. Mora**

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet, and a copy of the first amended complaint filed on February 28, 2020, (Doc. No. 10.);

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents, and submit the completed Notice to the Court with the following documents:

    a. One (1) completed summons for each defendant listed above;

    b. One (1) completed USM-285 form for each defendant listed above; and

    c. Two (2) copies of the endorsed first amended complaint filed on February 28, 2020.

4. Plaintiff need not attempt service on these defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants under Federal Rule of Civil Procedure 4 without payment of costs; and

///
///
///

5. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **February 4, 2021**        /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

3