UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R.T. MORA.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00210-DAD-BAM<br><br>**ORDER DIRECTING SERVICE OF THE UNITED STATES MARSHAL WITHOUT PAYMENT OF COSTS** |

　　　The Court previously found service of the complaint appropriate for the following defendant: **R.T. Mora.**  Accordingly, IT IS HEREBY ORDERED that:

　　　1. For each defendant to be served, the Clerk of the Court is directed to forward the following documents to the U.S. Marshal:

　　　　　(1) One completed and issued original summons;

　　　　　(2) One completed USM−285 form for each defendant to be served;

　　　　　(3) One copy of the First Amended Complaint filed on February 28, 2020;

　　　　　(4) One copy of this order;

　　　2. Within ninety days of the date of this Order, the United States Marshal shall:

　　　a. Serve process and a copy of this order upon the defendant **R.T. Mora** pursuant to Federal Rule of Civil Procedure 4(j) without prepayment of costs.

1

b. Within ten days after service is effectuated, the United States Marshal shall file the return of service for the defendant.

c. In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on the R.T. Mora within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

IT IS SO ORDERED.

Dated: **March 15, 2021**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2